PETE DeMOLAN v. STATE.

No. A-619.   Opinion Filed May 23, 1911.

Appeal from Hughes County Court; P. W. Gardner, Judge.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM.  The defendant was sentenced on the 7th day of August, 1909, for a violation of the prohibitory liquor law, and his punishment was assessed at 30 days confinement in the county jail and a fine of $50, but appellant did not perfect his appeal, by filing a case-made in this court until February 19th, 1910, which was long after the time had expired allowed by law for perfecting the appeal. This court therefore did not acquire jurisdiction of the case, and the appeal is dismissed.

LEE BANNISTER v. STATE.

No. A-624.   Opinion Filed May 23, 1911.

Appeal from District Court, McClain County; R. McMillan, Judge.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM.  On the 27th day of February, 1909, appellant was convicted in the district court of McClain county, of the offense of willfully and feloniously making an assault upon another with a dangerous weapon, with intent to do great bodily harm to the party assaulted, and his punishment was assessed by the jury to imprisonment in the county jail of McClain county for a period of 365 days. No appearance has been made in this court in behalf of the appellant. We find no material errors in the record, and the judgment of the lower court is therefore affirmed.